UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORDAN McCLOUD,<br><br>                                        Petitioner,<br><br>                  -against-<br><br>W.S. PLILER,<br><br>                                        Respondent. | 7:21-CV-2619 (CS)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2241 |

CATHY SEIBEL, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleading in response to the petition. Petitioner may file reply papers, if any, within thirty days from the date Petitioner is served with Respondent's answer.

SO ORDERED.

Dated:   April 26 ,2021
             White Plains, New York

_____
CATHY SEIBEL
United States District Judge