UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JORDAN MCCLOUD,

                      Petitioner,

              -v-
                                                  21 Civ. 2619 (CS)

W.S. PLILER,

                      Respondent.

---

## ORDER OF DISMISSAL

WHEREAS, Petitioner Jordan McCloud brought this habeas petition against W.S. Pliler, Warden of Federal Correctional Institution ("FCI") Otisville;

WHEREAS, Petitioner is currently incarcerated at FCI Otisville, serving a 150-month term of imprisonment following his conviction for receipt of child pornography in violation of 18 U.S.C. § 2252A(a)(2)(A) and 18 U.S.C. § 2252A(b)(1);

WHEREAS, Petitioner alleges that his sentence was miscalculated, specifically, that his projected statutory release date of May 7, 2026 is one year later than it should be;

WHEREAS, the Bureau of Prisons ("BOP") has determined that Petitioner's sentence was indeed miscalculated and that he should be credited an additional 366 days of presentence jail time;

WHEREAS, the BOP has determined that Petitioner's projected statutory release date should be changed from May 7, 2026 to May 6, 2025, and has implemented that change in its internal system such that Petitioner will be credited the additional 366 days of presentence jail time credit;

WHEREAS, Petitioner's revised projected statutory release date is now May 6, 2025; and

WHEREAS, as a result of the BOP's recalculation of Petitioner's sentence, Petitioner has obtained all of the relief requested in his habeas petition and there is no further relief that the Court can provide in this proceeding;

The Court HEREBY ORDERS:

1. The habeas petition filed in this proceeding (ECF No. 1) is dismissed, with prejudice, as moot; and

2. The Clerk of Court is hereby ordered to close this case.

SO ORDERED:

*Cathy Seibel*
_____
HON. CATHY SEIBEL
United States District Judge

Dated: 7/27/2021
White Plains, New York