UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JORDAN MCCLOUD,

                    Petitioner,

      -against-

W.S. PLILER,

                  Respondent.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2021

21 CIVIL 2619 (CS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 27, 2021, the habeas petition filed in this proceeding (ECF No. 1) is dismissed, with prejudice, as moot; accordingly, the case is closed.

**DATED:** New York, New York
July 27, 2021

                                                  RUBY J. KRAJICK
                                                  Clerk of Court

BY:
                                                  Deputy Clerk